UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAIME PICCOLO,

                               Plaintiff,   22-CV-09085 (VSB) (VF)

      -against-   **ORDER**

EQUINOX HOLDINGS, INC. and GARY BROWNE,
in his individual and professional capacities

                               Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A conference call in this matter to discuss the motion to compel at ECF No. 24 is hereby scheduled for **Tuesday, January 16, 2024, at 2:00 p.m**. If the parties wish to submit any letter briefs addressing this motion, they are directed to do so by **Wednesday, January 10, 2024**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335**.

    The parties are also directed to file an update on the status of fact discovery by **Friday, December 29, 2023.**

    SO ORDERED.

DATED:    New York, New York
              December 13, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge