UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAIME PICCOLO,

                                      Plaintiff,

        -against-

EQUINOX HOLDINGS, INC. and GARY BROWNE,
in his individual and professional capacities

                                    Defendant.
------------------------------------------------------------------X

22-CV-09085 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    For the reasons stated at the conference held on January 16, 2024, Defendant's motion to compel compliance with the subpoena served on Christina Johnstone is **GRANTED**.

    Johnstone is directed to comply with the subpoena by **Thursday, February 15, 2024**. If additional time is required for compliance, Johnstone is directed to file a letter requesting additional time.

    Johnstone is warned that failure to comply with this order can lead to sanctions, including monetary fines.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.

    **SO ORDERED.**

DATED:    New York, New York
                January 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge