UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                         :

JAMIE PICCOLO,                              :

                         Plaintiff,      :

                              :

              -against-          :                   22-CV-9085 (VSB)

                              :

EQUINOX HOLDINGS, INC., and GARY   :             **ORDER**
BROWNE, *in his individual and professional*  :
*capacities*,                          :

                              :

                      Defendants.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        In light of the extensions of the discovery deadlines in this case, (Docs. 28, 31), the parties are

directed to file a Proposed Amended Case Management Plan and Scheduling Order by March 26, 2024, at

which point I will set new dates for the post-discovery letter and conference.

SO ORDERED.

Dated:     March 20, 2024
          New York, New York

                                    Vernon S. Broderick
                                    United States District Judge