UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAIME PICCOLO,

                                Plaintiff,

            -against-

EQUINOX HOLDINGS, INC. and GARY BROWNE,
in his individual and professional capacities

                               Defendant.
------------------------------------------------------------------X

22-CV-09085 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Court will request the transcript from the conference held today, May 6, 2024. The transcript will be maintained under seal for 30 days pending the proposed redactions from the parties. Defendant's request to compel the release of the medical information related to Plaintiff's daughter is denied without prejudice. Defendant is able to raise this argument in a future motion in limine. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 33 for the reasons stated on the record. The Court will conduct an in camera review of the documents withheld as privileged by Plaintiff. **Plaintiff is directed to submit the documents related to ECF No. 34 to the Court by Wednesday, May 14, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
               May 6, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge