UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAIME PICCOLO,

                                Plaintiff,

        -against-

EQUINOX HOLDINGS, INC., et al.,

                              Defendants.
------------------------------------------------------------------X

22-CV-09085 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      Per ECF No. 54, the parties were directed to file proposed redactions to ECF No. 33 by September 27, 2024. That deadline has passed, and the parties have not submitted proposed redactions. The document at ECF No. 33 will be unsealed in no proposed redactions are submitted by **Friday, October 4, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
               October 1, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge