Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

**MEMO ENDORSED**

August 20, 2026

**VIA ECF**

Hon. Laura Taylor Swain, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Piccolo v. Equinox Holdings, Inc. et al., No. 22-cv-09085 (LTS) (VF)

Your Honor:

We represent Defendants in the above-referenced matter and write with the consent of Plaintiff's counsel to jointly request that all proceedings in this case, including the issuance of any order on Defendants' pending Motion for Summary Judgment (Dkt. 58), be stayed for a period of sixty (60) days.

The parties have reached an agreement in principle to settle all claims, and the stay in proceedings will allow the parties to finalize and execute a formal settlement agreement.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Melissa C. Rodriguez*
Melissa C. Rodriguez
*Counsel for Defendants*

*/s/ Michael J. Willemin*
Michael J. Willemin
*Counsel for Plaintiff*

The foregoing request is granted. This action, and all pending deadlines in this action, are hereby stayed until **October 20, 2026.** The parties are further directed to file a joint status report on October 20, 2026 to describe the status of settlement negotiations and the need to further stay this case. DE 81 resolved.

SO ORDERED.
8/21/2026
/s/ Laura Taylor Swain, Chief USDJ